## BANKRUPTCY COVER SHEET

**CASE NUMBER IN BANKRUPTCY COURT:** 18-04076
**ASSOCIATED CASE (if any):** 17-40180

**MOTION TO WITHDRAW REFERENCE**
response filed -cv case

| | |
|---|---|
| **APPELLANT(S)** | **APPELLEE(S)** |
| None | None |
| ATTORNEY: | ATTORNEY: |
| None | None |
| | |
| **PLAINTIFF(S)** | **DEFENDANT(S)** |
| Jason Searcy Linda S. Payne | See List Attached |
| ATTORNEY | ATTORNEY |
| Aaron M. Guerrero James Blake Hamm Bryan Nathaniel Prentice | See List Attached |
| | |
| **IN RE:** Payson Petroleum 3 Well 2014, L.P. (name of debtor) | **TRUSTEE** Christopher Moser |
| ATTORNEY Daniel P. Winikka | 2001 Bryan St., Ste. 1800 |
| | Dallas, TX 75201 |
| **BASIS OF JURISDICTION** | **NATURE OF SUIT** |
| Federal Question (U.S. Not a Party) | 423 Withdrawal 28 USC 157 |
| | |
| **FEE PAID:** Yes | **ORIGIN:** 1 |
| Date Fee Paid: October 24, 2018 | |

**CAUSE OF ACTION**
28:0157D Motion to Withdraw Reference

**A search of our bankruptcy records indicate the following:**
No previously filed bankruptcy appeals have been found that originated from the above listed bankruptcy number or associated cases.

**DEFENDANTS**

**2008 Donald R. & Debra R. Woods Revocable Trust**
**3 Well MGP, LLC**
**Neil Agrawal**
**Om Agrawal**
**Sunil Agrawal**
**Veena Agrawal**
**Howard E. Agster**
**Karen E. Agster**
**Kenneth C. Aldrich**
**David Bartczak**
**Heidi Beh**
**Barry Brodbeck**
**Fay L Bush**
**Warren V Bush**
**Mary L. Butler**
**Van H. Butler**
**Donald C. Calvello**
**Ross Chan**
**Brandon Chen**
**Jiangnan Chen**
**Lisa Chen**
**Mary Chen**
**Shu Chen**
**Jan Cheng**
**Edward Y. Chu**
**Grace W. Chu**
**Thomas Clayton**
**Charles R. Cobb**
**Jeffrey M. Cohen**
**Yulduz Cohen**
**Yvonne Craig-Aldrich**
**Donald A. DiFiore**
**John A. Diaz**
**Fen V. Lee Living Trust**
**GJQ and SLQ Investments, LLC**
**Rick Gardner**
**Stacey Leigh Gibson**
**Timothy Jack Gibson**
**Richard A. Graham, Jr.**
**Ronald Guichard**
**Edwin W. Hardey**
**Deborah G. Hayden**
**William G. Hayden**
**Sharlene Sims Horak**
**Anna Howington**
**Rocky Howington**

**Lihong Huang**
**Virginia P. Humphrey, II**
**Inn C. Lee Living Trust**
**Jocelyn S. Carter 1992 Trust**
**Kijabe Limited Liability Company**
**Krystle Lindholm Exempt Trust dtd 3/21/2006**
**Chris Lahiji**
**Ning Li**
**Derik Einer Lindholm**
**Einer G. Lindholm**
**Marisa Lindholm Exempt Trust dtd 6/21/2006**
**Timothy H. Moore**
**Ernest F. Morgan**
**Pamela S. Morgan**
**Michael Musaraca**
**Kazuo J. Nanya**
**Rosalyn S. Nanya**
**Margaret Ng**
**Sara Ng**
**PI Resources, LLC**
**Lois Partridge**
**Thomas Partridge**
**Kevin Peterson**
**Kum Kum Prakash**
**Ravindra Kumkum Prakash**
**Jeremy D. Rauhauser**
**Riverstone Resources, Ltd.**
**Blake Rodgers**
**Christopher L. Rooker**
**Rose Sobel Rev. Trust 9/21/95**
**Natalia Rynoin**
**Glenn Jason Salsbury**
**Audrey Schwarzbein**
**Schwarzbein-Graham Family Trust**
**Yanhua Shi**
**Toussaint Smith**
**Taher Sobhy**
**The Peter L. Backes Trust DTD 6-17-88**
**Joey E. Turner**
**Linda Jo Turner**
**Jiuzhou Wang**
**Weiner Trust**
**Zhong Wu**
**Meimei Xu**
**Hailin Yan**
**Lei Yan**
**He Yuan**
**Xiaoli Zhang**

**Philip Zhou**

**Represented by:**
**Davor Rukavina**
**Julian Preston Vasek**

**DEFENDANTS**

**Allan H. & Marcia A. Rastede RL Trust dtd 2006**
**David Paul Allnutt**
**Deborah Jeanne Allnutt**
**Shrimant K. Ayaram**
**Susy Ayaram**
**Ronald E. Barfield**
**Blockster Investment Ltd.**
**Joseph L. Bolin**
**Carl R Brumley**
**Albert S. Carse**
**Audrey M. Carse**
**Anne B. Cilda-Tasso**
**Gary G. Donner**
**Dow Living Trust**
**George W. Farris, III**
**Melanie L. Gregory**
**Todd F. Gregory**
**Brenda Henderson**
**Charles R. Henslee**
**Sharon K. Henslee**
**Kenneth and Terryalin Chapman Revocable Trust**
**Michael N. Kusheba**
**Jeffrey A. Meyer**
**Mark J. Modlin**
**Carole A. Orsillo**
**Robert J. Orsillo**
**Anne F. Patterson**
**Leland Phillips**
**Margaret A. Propst**
**H. William Ranelle**
**Jill M. Ranelle**
**Richard R. Rector**
**Sue C. Rector**
**Virginia G. Rhodes**
**Roland E. Lentz RLT Dtd 1/3/13**
**Arlene J. Seminoro**
**Joseph S. Seminoro**
**Bobby J. Smith**
**Mark Smith**
**Smith Family Legacy Trust**

**David K. Stewart**
**Sue E. Chappell Living Trust DTD 8/17/10**
**Swift Revocable Qualified Spousal Trust DTD 02/20/2013**
**William Dax Symonds**
**Christopher S. Tasso**
**Charles L. Terry**
**Katherine G. Terry**
**The Bernita O. Webster Living Trust**
**The Friscia Living Trust**
**The Propst Family Trust**
**Robert H. Watkins**
**George L. Weaver**
**Bill Whelpley**
**Joann Whelpley**
**Roy Williams**
**Ruthann L. Williams**
**Jeffrey D. Wilshire**
**Wise Family Trust**
**Joel Woods**
**Peili Wu**

**Represented by:**
**Robert A. Simon**

**2010 Don B. Huntley Revocable Trust**
**Alfred Austin**
**H. Gary Baird, Jr.**
**Charles R. Barry**
**Elizabeth Williams Trust DTD 8-10-06**
**Hayes Living Trust dtd 11/18/2004**
**Honey H. Duncan Revocable Trust**
**Randy Lew**
**Junyu Li**
**Joseph Little**
**Michael Mitchell**
**John Miyasaki**
**Kazu Miyasaki**
**Payson Petroleum Grayson, LLC**
**Travis Petree**
**Siwen Qu**
**Ying Qu**
**Caroline Schmitz**
**Joseph Schmitz**
**Daniel J. Smeester**
**Todd Stephens**
**The Harry L. Duty and Shari L. Duty Revocable Trust dtd 9/13/2000**
**W.M. Cozad Fam Trust DTD 4-28-94**
**Marlow Williams**

**Rebecca Williams**
**Michael J. Yates**

**Pro se**